UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>HALLMARK HEALTH SYSTEM, INC./<br>LAWRENCE MEMORIAL HOSPITAL<br>and JULIE CHASE SHAUGHNESSY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-cv-12169-REK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT HALLMARK HEALTH SYSTEM, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.3, the Defendant, Hallmark Health System, Inc., states::

1)   Hallmark Health System, Inc.'s parent corporation is Hallmark Health Corporation; and

2)   Hallmark Health System, Inc. has no stock. Therefore, no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

HALLMARK HEALTH SYSTEM, INC.

By its attorneys,

/s/ Macon P. Magee
Macon P. Magee (BBO #550602)
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: October 22, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _10/22/04_ /s/ Macon P. Magee