UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANN MITCHELL, )
)
      Plaintiff, )
)
v. ) Civil Action No. 04-cv-12169-REK
)
HALLMARK HEALTH SYSTEM, INC./ )
LAWRENCE MEMORIAL HOSPITAL )
and JULIE CHASE SHAUGHNESSY, )
)
      Defendants. )
)

## JOINT STATEMENT

Pursuant to Fed. R. Civ. P. 16(b) and (c), Local Rule 16.1 and the Court's October 21, 2004 Notice of Scheduling Conference, the parties hereby respectfully submit their Joint Statement.

**I.  PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

    A.  Status of Motions to Dismiss and to Amend Complaint

    B.  Parties' Proposed Pretrial Schedule

    C.  Status of Settlement Discussions

**II.  PARTIES' PROPOSED PRETRIAL SCHEDULE**

| | | |
|---|---|---|
| A. | Motion to Amend Complaint Granted | Immediately |
| B. | Motion to Dismiss Amended Complaint Filed | December 31, 2004 |
| C. | Opposition to Motion to Dismiss Filed | January 31, 2005 |
| D. | Hearing on Motion to Dismiss | c. February, 2005 |
| E. | Initial Disclosures Served | March 1, 2005 |

| | | |
|---|---|---|
| F. | Fact Discovery Complete | September 1, 2005 |
| G. | At Court's and Parties' Discretion, Attendance At Settlement Conference | c. October, 2005 |
| H. | Motions for Summary Judgment Filed | October, 1, 2005 |
| I. | Opposition to Summary Judgment Motions Filed | November 1, 2005 |
| J. | Expert Witness Reports Filed (if necessary) | Within 30 days of Court's summary judgment decision |
| K. | Expert Discovery Complete (if necessary) | Within 30 days of date expert witness Reports due |

III. **TRIAL BY MAGISTRATE JUDGE**

The parties do not agree to a trial before a Magistrate Judge.

IV. **CERTIFICATIONS**

Signed certifications, in accordance with Local Rule 16.1(D)(3), will be filed on behalf of the parties at or before the Scheduling Conference.

Respectfully submitted,

| ANN MITCHELL | HALLMARK HEALTH SYSTEM, INC./ LAWRENCE MEMORIAL HOSPITAL and JULIE CHASE SHAUGHNESSY |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Alice Whitehill Wiseberg | /s/ John M. Simon |
| Alice Whitehill Wiseberg (BBO# 568027) 65A Atlantic Avenue Boston, MA 02110 (617) 304-3848 | Macon P. Magee (BBO #550602) John M. Simon (BBO# 645557) Stoneman, Chandler & Miller, LLP 99 High Street Boston, MA 02110 (617) 542-6789 |

Dated: November 24, 2004

- 2 -

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (~~~~~) on _11-24-04_.

/s/ John M. Simon