UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANN MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>HALLMARK HEALTH SYSTEM, INC./<br>LAWRENCE MEMORIAL HOSPITAL<br>and JULIE CHASE SHAUGHNESSY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-cv-12169-REK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT HALLMARK HEALTH SYSTEM, INC.'S LOCAL RULE 16.1(D)(3) CERTIFICATION

We hereby affirm that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and the various alternative courses – of the litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

HALLMARK HEALTH SYSTEM, INC.

_____
Charles R. Whipple, Esq.
General Counsel

COUNSEL FOR DEFENDANT
HALLMARK HEALTH SYSTEM, INC.

_____
Macon Magee (BBO #550602)
John M. Simon (BBO #645557)
Stoneman, Chandler & Miller
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: November 29, 2004

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail ~~~~~~~~ on 11-29-04.

_____