UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ANN MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>HALLMARK HEALTH SYSTEM, INC./<br>LAWRENCE MEMORIAL HOSPITAL<br>and JULIE CHASE SHAUGHNESSY,<br><br>    Defendants. | Civil Action No. 04-cv-12169-REK |

### DEFENDANT JULIE CHASE SHAUGHNESSY'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

We hereby affirm that we have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and the various alternative courses – of the litigation; and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

JULIE CHASE SHAUGHNESSY

*[signature: Julie B. Shaughnessy]*

Dated: November 23, 2004

COUNSEL FOR DEFENDANT
JULIE CHASE SHAUGHNESSY

*[signature]*
Macon Magee (BBO #550602)
John M. Simon (BBO #645557)
Stoneman, Chandler & Miller
99 High Street
Boston, MA 02110
(617) 542-6789

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (~~by hand~~) on 11-29-04.

*[signature: John M. Simon]*