# STONEMAN, CHANDLER & MILLER LLP

ALAN S. MILLER
ROBERT CHANDLER
CAROL CHANDLER
KAY H. HODGE
ROBERT G. FRASER
MACON P. MAGEE
REBECCA L. BRYANT
GEOFFREY R. BOK
NANCY N. NEVILS
JOAN L. STEIN

99 HIGH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE (617) 542-6789

FACSIMILE (617) 556-8989

WWW.SCMLLP.COM

JOHN M. SIMON
KATHERINE D. CLARK
GINA M. YARBROUGH
JONATHAN R. WERNER
ANDREA L. BELL

MIRIAM K. FREEDMAN
OF COUNSEL

January 3, 2005

Clerk's Office
U.S. District Court
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Re: Ann Mitchell v. Hallmark Health System, Inc./Lawrence
Memorial Hospital and Julie Chase Shaughnessy
Docket No. 04-cv-12169-REK

Dear Sir/Madam:

I am enclosing the last page – page 12 – inadvertently not attached to the Memorandum of Law in Support of Defendants' Motion to Dismiss Amended Complaint Counts II Through X, which was filed in the above-referenced matter on December 30, 2004. Please attach the enclosed page 12 to the docketed Memorandum so that it is complete.

Please call me with any questions or concerns. Thank you for your attention to this matter.

Sincerely,

John M. Simon

Enclosure

boilerplate (Amended Complaint at ¶¶ 103-106), the Plaintiff has not alleged one single <u>fact</u> showing that the Defendants were negligent – that is, the Defendants owed her some specified duty that they breached, that the Plaintiff suffered legitimate emotional distress or that she suffered any identifiable physical harm. Count X should be dismissed.

## CONCLUSION

For the foregoing reasons, the Defendants respectfully request that the Court dismiss Counts II through and X of the Plaintiff's Amended Complaint.

Respectfully submitted,

HALLMARK HEALTH SYSTEM, INC./
LAWRENCE MEMORIAL HOSPITAL and
JULIE CHASE SHAUGHNESSY

By their attorneys,

_____
Macon P. Magee (BBO #550602)
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA 02110
(617) 542-6789

Dated: December 30, 2004

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (_____) on 12-30-04.

_____

- 12 -