UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN MITCHELL, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>HALLMARK HEALTH SYSTEM, INC./ </br>LAWRENCE MEMORIAL HOSPITAL </br>and JULIE CHASE SHAUGHNESSY, </br></br>　　　　Defendants. | ) </br>) </br>) </br>) </br>) </br>) Civil Action No. 04-cv-12169-REK </br>) </br>) </br>) </br>) </br>) </br>) </br>) |

### ASSENTED-TO MOTION TO EXTEND SCHEDULING ORDER

The Defendants, Hallmark Health System, Inc. and Julie Chase Shaughnessy, hereby move the Court to amend the Scheduling Order in this case to: (1) extend the discovery period to November 23, 2005, and (2) extend the period for service of Rule 56 Motions to January 31, 2006 and that all subsequent case deadlines be adjusted accordingly. The Plaintiff assents to this motion.

As grounds for this Motion, the Defendants state as follows:

1.　Under the present Scheduling Order, discovery in this matter is to completed by September 1, 2005.

2.　The parties are in the midst of discovery and need additional time in which to complete exchanging written discovery responses and taking depositions. The parties agree that the additional time requested will allow them to conclude the discovery process in a reasonable, fair and just manner.

3.　Furthermore, the parties have recently begun re-exploring the possibility of

settlement. Thus, once they have determined whether this case can be settled at this juncture, the parties – if necessary – will require time outside of the current deadline in which to complete the discovery.

4.   Finally, the pending litigation schedules of the parties' respective counsel require the additional time sought in which to complete discovery.

5.   The Plaintiff assents to this motion.

For the foregoing reasons, the Defendants, with the Plaintiff's assent, respectfully request that the deadline for discovery in the this matter be extended up to and including November 23, 2005, and that deadline for service of summary judgment motions be extended up to and including January 31, 2006, and that all subsequent case deadlines be adjusted accordingly.

Respectfully submitted,

HALLMARK HEALTH SYSTEM, INC./
LAWRENCE MEMORIAL HOSPITAL
and JULIE CHASE SHAUGHNESSY

By their attorneys,

Macon P. Magee (BBO #550602)
John M. Simon (BBO# 645557)
Stoneman, Chandler & Miller, LLP
99 High Street
Boston, MA  02110
(617) 542-6789

Dated: August 26, 2005

Certification Pursuant To Local Rule 7.1(A)(2)

I hereby certify, pursuant to Local Rule 7.1(A)(2), that on August 26, 2005 I discussed the subject matter of this motion with Plaintiff's counsel Alice Whitehill Wiseberg, Esq. in a reasonable and good faith effort to resolve and/or narrow the issues addressed in this motion and that Ms. Wiseberg gave her assent to this motion.

_____
John M. Simon

**Certificate of Service**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (and fax) on 8/26/05.

_____