UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
ANN MITCHELL,                       *
            Plaintiff               *
                                    *
v.                                  *    CIVIL ACTION NO. 04-CV-12169-REK
                                    *
HALLMARK HEALTH SYSTEMS/            *
LAWRENCE MEMORIAL HOSPITAL          *
JULIE CHASE SHAUGHNESSY             *
            Defendants              *
*************************************
```

**REVISED CERTIFICATE OR SERVICE FOR PLAINTIFF'S MOTION TO COMPEL ADDITIONAL PRODUCTION OF DOCUMENTS FROM DEFEENDANT HALLMARK HEALTH**

I, Alice Whitehill Wiseberg, Esq., hereby certify that on the below date a true copy of the above document was served upon the attorney of record for each other party by first-class mail, postage prepaid.

February 18, 2006                        /s/ Alice Whitehill Wiseberg
                                         _____
                                         Alice Whitehill Wiseberg