UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************
ANN MITCHELL, *
    Plaintiff *
 *
v. * CIVIL ACTION NO. 04-CV-12169-REK
 *
HALLMARK HEALTH SYSTEMS/ *
LAWRENCE MEMORIAL HOSPITAL *
JULIE CHASE SHAUGHNESSY *
    Defendants *
*************************************

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER PRODUCTION OF DOCUMENTS

Plaintiff Ann Mitchell ("Plaintiff") hereby moves this Honorable Court to strike Defendant's Opposition To Plaintiff's Motion to Compel Further Production of Documents. As reasons therefore, Plaintiff states that Defendant's Opposition To Plaintiff's Motion to Compel Further Production of Documents is untimely and should be stricken. See Local Rule 37.1(c) ("The opposing party may respond to the memorandum within fourteen (14) calendar days after service thereof."). Plaintiff hereby incorporates by reference the reasons articulated in her memorandum of law attached hereto and incorporated herein by reference.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court ALLOW Plaintiff's Motion to Strike.

Respectfully submitted,
Ann Mitchell
By Her Attorney,

March 14, 2006

/s/ Alice Whitehill Wiseberg
_____
Alice Whitehill Wiseberg
65A Atlantic Avenue, 3rd Floor
Boston, MA 02110
(617) 304-3848
BBO# 568027