UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
ANN MITCHELL,                        )
                                     )
        Plaintiff,                   )
                                     )
    v.                               ) Civil Action No. 04-cv-12169-REK
                                     )
HALLMARK HEALTH SYSTEM, INC./        )
LAWRENCE MEMORIAL HOSPITAL           )
and JULIE CHASE SHAUGHNESSY,         )
                                     )
        Defendants.                  )
_____)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to assume their own attorney's fees and costs, and with each party waiving all rights of appeal and/or requests for fees or costs.

Respectfully submitted,

|  |  |
|---|---|
|  | HALLMARK HEALTH SYSTEM, INC./ LAWRENCE MEMORIAL HOSPITAL and JULIE CHASE SHAUGHNESSY |
| ANN MITCHELL |  |
| By her attorney, | By their attorneys, |
| /s/Alice Whitehill Wiseberg | /s/John M. Simon |
| Alice Whitehill Wiseberg (BBO# 568027) 65A Atlantic Avenue Boston, MA 02110 (617) 304-3848 | John M. Simon (BBO#645557) Stoneman, Chandler & Miller, LLP 99 High Street Boston, MA 02110 (617) 542-6789 |

Dated: April 26, 2006